# Court of Appeals
# of the State of Georgia

ATLANTA,___May 20, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0342.  ISAAC MORRIS v. RICHARD ALLEN HUNT.**

By order entered January 10, 2013, the trial court denied the filing of prison inmate Isaac Morris's motion to modify a fee arbitration award he obtained against his attorney.  Morris filed a motion for reconsideration, which the court denied by order entered January 30, 2013.  On March 12, 2013, Morris filed this application for discretionary appeal.[1]  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order on appeal.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). This application was filed 61 days after the order denying filing and 41 days after the order denying reconsideration.  Therefore, it is untimely.  In addition, Morris had no right to appeal the order denying his motion for reconsideration, which is not an appealable order. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). For these reasons, we lack jurisdiction to consider this application, which is hereby *DISMISSED*.

---

[1] Morris filed the application in the Supreme Court, which later transferred it here.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/20/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*